J. W. Holt, plaintiff in error, v. Louis Prangl, Jr., defendant in error. Gen. No. 36,184.

Opinion filed May 24, 1933.

John B. Meccia and Edward Feinberg, for plaintiff in error; Edward D. Feinberg, of counsel. George F. Barrett and Charles V. Barrett, for defendant in error; John W. Costello and Burrell J. Cramer, of counsel.
Mr. Justice Hebel delivered the opinion of the court.